UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS KRAEMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-2573 (UNA) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis*, *pro se* complaint, as amended, and motions. The Court GRANTS plaintiff's application to proceed *in forma pauperis* (ECF No. 3), GRANTS plaintiff's motion to amend the complaint (ECF No. 7), treats the First Amended Complaint (ECF No. 7-1) as the operative pleading, DENIES plaintiff's motion for CM/ECF password (ECF No. 6), and for the reasons discussed below, DISMISSES the complaint and this civil action without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to

determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a).  Its topics are varied, to include the alleged mistreatment to which plaintiff's daughter was subjected, proceedings before federal and state courts, stolen intellectual property, wiretaps, and plaintiff's eviction from his apartment.  Missing is a short and plain statement of claim, and as drafted, no defendant would have fair notice of the claims against him.  Therefore, the Court will dismiss the complaint without prejudice.  An Order is issued separately.

DATE: September 23, 2022      _____
                              JIA M. COBB
                              United States District Judge